# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Lori Ackerman <br><br> *Plaintiff(s)* <br> v. <br> Elizabeth Neland; Amber Bedow; Trenton Woolery; Elizabeth Ralston as Administrator of the Estate of John Ralston; Clay County, Missouri; Forensic Medical of Kansas, LLC <br> *Defendant(s)* | Civil Action No. 4:25-cv-00948-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forensic Medical of Kansas, LLC d/b/a Forensic Medical of Kansas City
c/o Li Feng, M.D., J.D., Registered Agent
40 South 18th Street
Kansas City, KS 66102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sonya Pfeiffer & Elizabeth Barbery Ames
Pfeiffer Rudolf, PA
2137 South Blvd., Suite 300
Charlotte, NC 28203
T: 704-333-9945
E: spf@pr-lawfirm.com  eba@pr-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 05, 2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forensic Medical of Kansas served Jason Wiley Decedent Affairs Liaison
was received by me on *(date)* 12·9·25   New address:

☑ I personally served the summons on the individual at *(place)* 2000 Merriam Dr. Kansas City KS on *(date)* 12·11·25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12·11·25

*Server's signature*

Printed name and title
Valerie Summer
Private Investigative Services LLC
1524 Baker Street
Liberty, Missouri 64068-3000

*Server's address*

Additional information regarding attempted service, etc: