# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| LORI ACKERMAN,<br><br>      Plaintiff,<br><br>      v.<br><br>ELIZABETH NELAND, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  **Case No. 4:25-cv-00948-**<br>)  **RK**<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

COMES NOW undersigned attorney for Plaintiff Eric E. Vernon, and moves this Honorable Court, pursuant to Local Rule 83.2, to withdraw him from representation as counsel of record for Plaintiff.  In support of this motion, counsel states as follows:

1.  Undersigned counsel originally joined the prosecution of Plaintiff Ackerman's case as local co-counsel, assisting the North Carolina firm of Pfeiffer Rufdolf.

2.  The firm of Pfeiffer Rudolf continues to represent Plaintiff in this case.

3.  Alana McMullin, a Kansas City partner with Lathrop GPM LLP has agreed to act as local co-counsel for Plaintiff and the Pfeiffer Rudolf firm, and to that end has entered her appearance.

4.  Plaintiff has been contacted and agrees to withdrawal of undersigned counsel.

WHEREFORE, undersigned counsel prays this Honorable Court to remove him as Plaintiff counsel.

Respectfully Submitted,

Veteran KC Criminal Defense, LLC

//s// Eric E. Vernon
Eric E. Vernon
Missouri Bar No. 47007
108 S. Pleasant St, Ste 200
Independence, M O 64050
(816) 307-4496
Eric@vetkcc.com

## Certificate of Service

I hereby certify that, on July 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and thereby filed with all parties.

//s// Eric E. Vernon